Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff John Cast

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JEFFERY CAST,<br><br>      Plaintiff,<br><br>vs.<br><br><br>SONOMA COUNTY AND DOES 1 - 20<br><br><br>      Defendants. | Case No.:<br><br><br>COMPLAINT FOR DAMAGES<br><br><br>SECTION 1983 CLAIMS VIOLATION OF SUBSTANTIVE AND PROCEDURAL DUE PROCESS |

**DEMAND FOR JURY TRIAL**

COMPLAINT FOR DAMAGES- 1

**JURISDICTION**

1. This court has jurisdiction over the subject matter of this complaint under 42 U.S.C. §1983.

**I.**

**PARTIES**

2. Plaintiff John Cast brings a complaint based on the above-listed federal causes of actions.

3. Defendant County of Sonoma is a municipality in the State of California and owns, operates, manages, directs and controls and employs the DOE defendant Sonoma County officials.

4. Defendant DOE Sonoma County officials were at all times relevant to this complaint employed by the County of Sonoma when they engaged in the conduct resulting in the injuries suffered by the plaintiff. The DOE defendants are being sued in both their official and individual capacity.

5. At all times relevant to this complaint, all defendants acted under color of state law.

COMPLAINT FOR DAMAGES- 2

## II.

## STATEMENT OF FACTS

6. A criminal restraining order was placed on the plaintiff by the Superior Court of Sonoma County pursuant to a probation order stemming from a domestic dispute between the plaintiff and his then girlfriend Ms. Navil Mandujuano.

7. The probation for this offense was terminated on December 14, 2011 and the criminal restraining order terminated with the probation.

8. There were no subsequent protection orders between the plaintiff and Ms. Mandujuano issued by Sonoma County after the above referenced criminal restraining order had terminated.

9. That in the summer of 2014, there were no known valid protection orders from Sonoma County between the plaintiff and Ms. Mandujuano.

10. That on or around July 2014, the plaintiff was in the state of Washington with accompanied by Ms. Mandujuano when he was approached by police officers in that state.

11. The officers conducted a background check of the plaintiff through their computer data-base and discovered the protective order that the plaintiff had been informed had been terminated in 2011.

12. The plaintiff was immediately arrested and subsequently prosecuted for being in violation of the invalid criminal restraining order issued by Sonoma County pursuant to Washington law.

COMPLAINT FOR DAMAGES- 3

13. The plaintiff was ultimately convicted of violating the restraining order, which was in violation of Washington law and he was sentenced to 2 years in a Washington state prison.

14. After serving over a year in prison, the plaintiff through his Washington state attorney discovered that the proactive order issued from Sonoma County was invalid and that he had not broken any laws.

15. The plaintiff was subsequently released from custody November 2, 2015.

16. The plaintiff subsequently submitted a tort claim form regarding the state claim July 2, 2016. This claim was subsequently rejected.

**Plaintiff v. Sonoma County DOE Defendants  (Federal Constitutional Claims)**

*Substantive Due Process Violation*

17. The defendants violated the plaintiff's right to Substantive Due Process under the Fourteenth Amendment to the United States Constitution when without legal justification or authority, they allowed for a invalid protective order to stay in place in a criminal data base subjecting the plaintiff to arrest (deprivation of his liberty) despite a Court ordering that that the protective order be removed.

18. That the government's action (Sonoma County Officials) was "clearly arbitrary and unreasonable, having no substantial relation to the public health, safety, morals, or general welfare.

19. That the this act directly led to the plaintiff being arrested in the State of Washington prosecuted for violating this invalid order and being sent to a Washington state prison for a over a year.

COMPLAINT FOR DAMAGES- 4

*Procedural Due Process*

20. The defendants violated the plaintiff's right to Procedural Due Process under the Fourteenth Amendment to the United States Constitution when without legal justification or authority, they allowed for a invalid protective order to stay in place in a criminal data base subjecting the plaintiff to arrest (deprivation of his liberty) despite a Court ordering that that the protective order be removed.

21. That the plaintiff had a liberty interest protected by the Constitution

22. That the government's action (Sonoma County Officials) caused the plaintiff to suffer a deprivation of his liberty interest.

23. That there was a lack of process before the invalid protective order was placed in the criminal database.

24. That the this act directly led to the plaintiff being arrested in the State of Washington prosecuted for violating this invalid order and being sent to a Washington state prison for a over a year.

COMPLAINT FOR DAMAGES- 5

**WHEREFORE**, PLAINTIFF prays for judgment against DEFENDANTS as follows:

1. Compensatory damages as to all defendants;
2. For punitive damages according to proof as to each defendant officer;
3. Reasonable attorneys' fees and costs;
4. For such other and further relief as the court deems just and proper

Plaintiff hereby demands a jury trial.

Dated:  December 19, 2016

                                                     Stanley Goff        /s/
                                                     Stanley Goff Esq.,
                                                     Attorney for Plaintiff John Cast

COMPLAINT FOR DAMAGES- 7